**Steve Bolleck, appellee, v. Samuel Vig, appellant. Gen. No. 33,458.**

Opinion filed November 6, 1929. Rehearing denied November 22, 1929.

Ringer, Wilhartz & Hirsch and Joseph D. Irose, for appellant; Ben A. Stewart, of counsel. Eugene V. Taylor, for appellee; Charles H. Pease, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

**P. J. Bassett, trading as P. J. Bassett & Company, appellant, v. Frank Ives, appellee. Gen. No. 33,351.**

Opinion filed November 6, 1929.

Golan & Hall, for appellant. Varian B. Adams, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

**B. C. Zernes, trading as B. C. Zernes & Company, appellant, v. Emanuel J. Goodman, appellee. Gen. No. 33,363.**

Opinion filed November 6, 1929.

Harry C. Diamond and L. L. Smith, for appellant; Jacob Diamond, of counsel. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

**Helen A. Russell, appellant, v. Bernard M. Snow, appellee. Gen. No. 33,425.**

Opinion filed November 6, 1929.

Charles J. Russell, for appellant. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.